

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024
```

April 17, 2024

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

**Re:** **Anibal Nieves v. Accurate Background, LLC**
**Case No. 1:24-cv-02341-AT (S.D.N.Y.) / Stipulated Extension Request**

Dear Judge Torres:

This Firm represents Defendant Accurate Background, LLC ("Accurate") in the above-referenced action. Consistent with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer or otherwise respond to the Complaint of Plaintiff Anibal Nieves ("Plaintiff"). We make this request **with the consent** of Plaintiff's counsel.

Accurate and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Moreover, Accurate requests the additional time to engage in good faith case resolution discussions with Plaintiff's counsel. Accordingly, Accurate respectfully requests an extension of the deadline to respond to Plaintiff's Complaint from the current deadline of April 19, 2024 up to and including May 10, 2024.

This is Accurate's first request for an extension and does not affect any other scheduled dates. This request is made in good faith and not for the purpose of causing undue delay.

We thank the Court for its consideration of this request.

Respectfully,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

GRANTED.

SO ORDERED.

Dated: April 18, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge